

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | |
| ) | CASE NO. 04-CV-00363-PHX-JWS |
| Plaintiff(s)/Petitioner(s), ) | |
| ) | ORDER FOR ADMISSION OF |
| vs. ) | ATTORNEY PRO HAC VICE |
| ) | |
| Lear Jet No. 31A-224, et al., ) | |
| ) | |
| Defendant(s)/Respondent(s) ) | |

     Based upon the motion of __Cynthia Eva Hujar Orr__ for admission to practice pro hac vice in this action on behalf of __Claimant Alberto Abed Schekaiban, as beneficial owner of Calezar, Ltd.,__ and in accordance with Rule 1.5(b)(3) of the Rules of Practice of the United States District Court for the District of Arizona, IT IS HEREBY ORDERED that:

/✓/    the motion of attorney for admission to practice pro hac vice is granted.

/_/    the motion of attorney for admission to practice pro hac vice is denied and the admission fee ordered returned.

Dated this __3rd__ day of __June__, 2004.

UNITED STATES DISTRICT/ ~~MAGISTRATE~~ JUDGE

(Rev. 3/03)