PAUL K. CHARLTON
United States Attorney
District of Arizona

Reid C. Pixler
Assistant U.S. Attorney
Arizona State Bar No. 12850
Two Renaissance Square
40 North Central, Suite 1200
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
reid.pixler@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>1. Lear Jet, Model 31A, Serial Number 31A-224, U.S. Registration # N224LJ;<br><br>2. Agusta Helicopter, Model A109E, Serial Number 11116, Mexican Registration # XA-TSR;<br><br>3. Cessna Caravan, Model 208B, Serial Number 208B-0941, Mexican Registration # XA-TUF.<br><br>        Defendants. | CIV-04-363-PHX-JWS<br><br>**STATUS REPORT**<br><br>AIRWORTHINESS OF DEFENDANT NUMBER 1 |

Pursuant to the Order entered in this action regarding the interlocutory sale of defendant number one, plaintiff files this report.

On October 11, 2005, at approximately 2:50 pm Eastern Standard Time the physical custody of the defendant aircraft number one was transferred from Miami Aviation to a nearby Lear Jet Facility where the repairs are to be begun.

On October 13, 2005 the undersigned received the following bulletin regarding the initial evaluation of the aircraft:

> With regard to AD2004-03-08, RVSM and TAWS on the referenced aircraft (para H & I in the order), I have been given new information that is good news.

AD2004-03-08 requires Lear Service Bulletin 31-51-2 / 3 to be complied with. The Lear facility informs me that this aircraft is of high enough serial number that the service bulletins are not applicable and therefore not a requirement.

RVSM: The Lear facility has informed me that the aircraft has all of the required equipment for RVSM, and will only require "Skin Mapping" and several other minor tasks to certify the aircraft for RVSM. They should have a quote for this work by the end of the week.

TAWS: The Lear facility informs me that the aircraft was manufactured with the equipment required for TAWS, and therefore will not require further work to meet the present FAA requirements.

Best Regards,
Bob Walling

Plaintiff will continue to provide periodic updates regarding the progress of the repair of the aircraft as similar bulletins or reports are received.

Respectfully submitted this 13th day of October, 2005.

          PAUL K. CHARLTON
          United States Attorney
          District of Arizona

          S/ Reid C. Pixler

          REID C. PIXLER
          Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2005, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Allen B Bickart
Law Office of Allen B Bickart
PO Box 44005
Phoenix, AZ 85064
bickartlaw@aol.com

Douglas F Behm
Jennings Strouss & Salmon PLC
Collier Ctr
201 E Washington St, Ste 1100
Phoenix, AZ 85004-2385
dbehm@jsslaw.com

Cynthia Eva Hujar Orr
Goldstein Goldstein & Hilley
2900 Tower Life Bldg
310 S St Mary's St, Ste 2900
San Antonio, TX 78205
hujarorr@gmail.com

K Lawson Pedigo
Miller Keffer & Pedigo
8401 N Central Expressway, Ste 630
Dallas, TX 75225
klpedigo@mkp-law.net

I hereby certify that on October 13, 2005, I served the attached document by U.S. mail, who are not registered participants of the CM/ECF System:

Marc S. Nurik
Ruden McClosky Smith Schuster & Russell, PA
PO Box 1900
Ft Lauderdale, FL 33302

Leonard J McDonald, Jr
Tiffany & Bosco PA
Camelback Esplanade II
2525 E Camelback Rd  3rd Floor
Phoenix, AZ 85016

Mark A Platt
Fulbright & Jaworski LLP
2200 Ross Ave, Ste 2800
Dallas, TX 75201

S/   Victoria Tiffany