**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States Of America, | |
| Plaintiff, | |
| vs. | No.  CV-04-0363 PHX-JWS (LOA) |
| Lear Jet Model 31A, Serial Number 31A-224, U.S. Registration #N224LJ; | |
| Defendant. | **ORDER FOR DISBURSEMENT OF FUNDS** |
| Alberto Abed Schekaiban, beneficial owner of Calezar, Ltd.; ScotiaBank Inverlat; Bombardier Capital, Inc.; Calezar, Ltd.; Casafin, Ltd.; Hartslope Holdings; Uptongrove, Ltd.; | (Lawrence O. Anderson, Settlement Conference Judge) |
| Claimants. | |
| Goldstein, Goldstein, & Hilley, | |
| Intervenor Defendant. | |

 Before the Court is the parties' Stipulation for Disbursement of Funds ("Stipulation") held by the U.S. District Clerk for the District of Arizona ("Clerk") and prepared pursuant to the Court's instructions announced in open session on June 18,

2008. The Court finds this Stipulation is in compliance with the terms of the settlement agreement reached among the parties on June 18, 2008. Accordingly, the Court accepts this Stipulation and hereby orders the Clerk to disburse the funds on deposit with the Court registry upon receipt of this Order pursuant to the following instructions:

1. To Bombardier Capital, Inc. a portion of the principal on deposit, in the amount of $2,697,408.93, shall be paid by check to: Bombardier Capital Inc. This check shall be made available for Bombardier Capital Inc.'s attorney, Douglas F. Behm, 14362 N. Frank Lloyd Wright Blvd., Ste. 1000, Scottsdale, Arizona 85260, to pick up at the Clerk's office.

2. To Scotiabank Inverlat S.A. Institución de Banca Múltiple, Grupo Financiero Scotiabank Inverlat, a portion of the principal on deposit, in the amount of $1,360,277.70, shall be paid by check to: Scotiabank Inverlat S.A.; this check is to be mailed to its counsel, K. Lawson Pedigo, of Miller Keffer Bullock Pedigo, LLC, at 8401 N. Central Expwy., Ste. 630, Dallas, Texas, 75225.

3. All interest accrued on the original principal amount of $4,057,686.63 deposited with the Clerk shall be paid to Alberto Abed Schekaiban, by check made payable to Uptongrove, LLC.

DATED this 6th day of October, 2008.

Lawrence O. Anderson
United States Magistrate Judge