UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>1. Lear Jet, Model 31A, Serial Number 31A-224, U.S. Registration # N224LJ;<br><br>Defendants. | CIV-04-0363-PHX-JWS<br><br>**ORDER OF DISMISSAL** |
|---|---|

    Pursuant to the stipulation among and between the United States of America, Bombardier Capital Inc., Scotiabank Inverlat, Alberto Abed Schekaiban, Uptongrove, Ltd., and Calezar, Ltd., (hereafter referred to collectively as the "Parties"), and for good cause appearing:

1

1  IT IS HEREBY ORDERED that all claims and causes of action among
2  and between the Parties in this case are dismissed with prejudice, with each
3  party to bear their own costs and legal fees.
4  Dated this 17th day of October 2008.

/s/ Honorable John W. Sedwick
United States District Judge