IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Lear Jet Model 31A, Serial Number 31A-224, U. S. Registration #N224LJ,<br><br>    Defendant.<br>_____<br>Alberto Abed Schekaiban, beneficial owner of Calezar, Ltd.; ScotiaBank Inverlat; Bombardier Capital, Inc.; Calezar, Ltd.; Casafin, Ltd.; Hartslope Holdings; Uptongrove, Ltd.,<br><br>    Claimants.<br>_____<br>Goldstein, Goldstein & Hilley,<br><br>    Intervenor Defendant.<br>_____ | No. CV-04-0363-PHX-JWS (LOA)<br><br>**ORDER** |

       Before the Court is the parties' Stipulation for Disbursement of Funds ("Stipulation") in the amount of $274,566.11 plus interest now held by the U.S. District Clerk for the District of Arizona ("Clerk") and prepared to reflect the agreement reached among the parties regarding the distribution of the funds now held in this matter. The Court finds this Stipulation is in compliance with the terms of the settlement agreed to by

1  the parties and communicated to this Court on October 5, 2009.   Accordingly, the Court
2  accepts this Stipulation and hereby orders the Clerk to disburse the funds on deposit with
3  the Court registry upon receipt of this Order pursuant to the following instructions:
4      1.  Payment to Claimant Bombardier Capital Inc., will be (i) in the amount
5  of $91,520.37 and (ii) the check from the Clerk will be made payable to Bombardier
6  Capital Inc. and be mailed to Lynn D. Parah, Bombardier Aerospace Structured Finance,
7  261 Mountain View Drive – 4th Floor, Colchester, VT 05446.
8      2. Payment to Claimant Scotiabank Inverlat will be (i) in the amount of
9  $91,520.37 and (ii) the check from the Clerk will be made payable to: Scotiabank Inverlat
10 S.A. and be mailed to its counsel, K. Lawson Pedigo of Miller Keffer Bullock Pedigo,
11 LLC, at 8401 N. Central Expressway, Sutie 630, Dallas, Texas, 75225.
12     3. Payment to Claimant Uptongrove, Ltd. will be (i) in the amount of
13 $91,520.37 and (ii) the check from the Clerk will be made payable to: Goldstein,
14 Goldstein, and Hilley, and mailed to counsel at 2900 Tower Life Building, 310 St. Mary's
15 St., Suite 2900, San Antonio, Texas, 78205.
16     4. All interest accrued on the $274,561.11 of Funds on deposited with the
17 Clerk shall be paid to Uptongrove, Ltd. by check made payable to: Goldstein, Goldstein,
18 and Hilley, and mailed to counsel at the following address 2900 Tower Life Building, 310
19 St. Mary's St., Suite 2900, San Antonio, Texas, 78205.
20     Dated this 20th day of October, 2009.

*[Signature]*
Lawrence O. Anderson
United States Magistrate Judge